UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ECLIPSE RESOURCES – OHIO, LLC, et al, | Case Number: 2:15-cv-00177 |
| Plaintiffs, | JUDGE GREGORY L. FROST |
| | Magistrate Judge Terrence P. Kemp |
| v. | |
| SCOTT A. MADZIA, | |
| Defendant. | |

**ORDER GRANTING ECLIPSE'S MOTION TO FILE DOCUMENTS UNDER SEAL**

This matter is before the Court upon Plaintiffs/Counter-Defendants, Eclipse Resources – Ohio, LLC and Eclipse Resources I, LP's (collectively "Eclipse") Motion to File Documents Under Seal (ECF No. 73). The Court **GRANTS** the motion. Eclipse shall be permitted to file its Motion for Partial Summary Judgment and the Depositions of Scott Madzia and Oleg Tolmachev under seal.

**IT IS SO ORDERED.**

/s/ GREGORY L. FROST

GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

{B2437395.1}

1