**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ECLIPSE RESOURCES-OHIO, LLC, *et al.*,  :
                                      :       **Case No. 15-CV-177**
          Plaintiffs/Counter-Defendants,  :
                                        :       **JUDGE ALGENON L. MARBLEY**
    v.                                        :
                                        :       **Magistrate Judge Kemp**
SCOTT A. MADZIA, *et al.*,           :
                                        :
          Defendants/Counter-Claimants.  :

**SCHEDULING ORDER**

      The Court held a status conference in above-styled matter at 3:00 p.m. on July 14, 2016. At that conference, counsel for Plaintiffs/Counter Defendants Eclipse Resources – Ohio, LLC, and Eclipse Resources I, LP withdrew their Motion for Reconsideration and Clarification (Doc. 109). The Court thus **DENIES** the Motion as **MOOT**.

      **IT IS SO ORDERED.**

                                       <u>  s/Algenon L. Marbley</u>
                                      **ALGENON L. MARBLEY**
                                      **UNITED STATES DISTRICT COURT**

**Dated: July 15, 2016**